IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.: 3:08cr102/MCR
 3:12cv350/MCR/EMT

JAMES JOHNSON

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 20, 2012. (Doc. 139). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 138) is summarily **DENIED and DISMISSED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 2nd day of August, 2012.

 *s/ M. Casey Rodgers*
 **M. CASEY RODGERS**
 **CHIEF UNITED STATES DISTRICT JUDGE**